**It is further ordered that the fee relating to the reopening of the case is waived.**

**SO ORDERED.**
**SIGNED this 9th day of February, 2016**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

___

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Geoffrey Stuart Hubona ) | Case No. 1:12-bk-10549-NWW |
| Laura Schreeder Hubona ) | |
| ) | Chapter 11 |
| Debtors ) | |

ORDER TO REOPEN BANKRUPTCY CASE

Upon Debtor's Motion to Reopen Bankruptcy Case, and for good cause shown, it is

ORDERED that this case is reopened.

# # #

Approved as to form:

SCARBOROUGH & FULTON

By:   /s/ David J. Fulton
David J. Fulton, #006102
701 Market Street, Suite 1000
Chattanooga, Tennessee  37402
(423)648-1880
(423)648-1881 (fax)
djf@sfglegal.com

Attorneys for Debtors