**For the reasons stated at the hearing, the motion is denied without prejudice.**

**THE RELIEF SOUGHT IN THIS ORDER IS DENIED.**
**SIGNED this 9th day of February, 2016**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

___

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In re:

Geoffrey Stuart Hubona                )
Laura Schreeder Hubona             )         Case No. 1:12-bk-10549-NWW
                                                     )
            Debtors                           )         Chapter 11

___

ORDER ON DEBTORS' EXPEDITED MOTION FOR INJUNCTIVE RELIEF, SANCTIONS
AND DAMAGES RESULTING FROM SUNTRUST BANK'S VIOLATION OF THE
CONFIRMATION ORDER AND CONFIRMED PLAN

___

Upon Debtors' Expedited Motion for Injunctive Relief, Sanctions and Damages Resulting from Suntrust Bank's Violation of the Confirmation Order and Confirmed Plan the Court hereby finds that the Motion is well taken and it is therefore,

ORDERED that Suntrust Bank is enjoined from accelerating its pre-confirmation indebtedness, its post-confirmation indebtedness and any other claims of moneys due until further order of this Court; it is further,

ORDERED that a final hearing is set in the matter for _____; it is further

ORDERED that Suntrust shall calculate the balance due on its post-petition claim and permit the Debtors' parents to assume indebtedness, if they otherwise qualify for a loan of similar amount.

# # #

APPROVED FOR ENTRY:

SCARBOROUGH & FULTON


/s/David J. Fulton
David J. Fulton, #006102
701 Market Street, Ste. 1000
Chattanooga, TN   37402
(423) 648-1880
(423) 648-1881 (facsimile)
djf@sfglegal.com


Attorneys for the Debtors

