# United States Bankruptcy Court
### Eastern District of Tennessee

In re **Geoffrey Stuart Hubona**  
**Laura Schreeder Hubona**  
Debtor(s)

Case No. **12-10549**  
Chapter **11**

## Notice of Change of Address

Debtor's Social Security Number:   **xxx-xx-2519**

Joint Debtor's Social Security Number:   **xxx-xx-9149**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:   **Geoffrey Stuart Hubona and Laura Schreeder Hubona**

Street:   **1307 Hixson Pike**

City, State and Zip:   **Chattanooga, TN 37405**

Telephone #:

**Please be advised that effective  3/4/16**
**my (our) new mailing address and telephone number is:**

Name:   **Geoffrey Stuart Hubona and Laura Schreeder Hubona**

Street:    **1225 Scenic Hwy**

City, State and Zip:   **Lookout Mtn, GA 30750**

Telephone #:

**/s/ Geoffrey Stuart Hubona**
**Geoffrey Stuart Hubona**
Debtor

**/s/ Laura Schreeder Hubona**
**Laura Schreeder Hubona**
Joint Debtor